```
DAVID SPRINGFIELD// Cal. State Bar #226630
ATTORNEY AT LAW
Post Office Box 660
Oregon House, CA 95962
Tel: (530) 635-3615
Fax: (530) 692-9008


Attorneys for Plaintiff
Renaissance Ribbons, Inc.
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAISSANCE RIBBONS, Inc., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HADLEY POLLET, LLC., a Massachussetts Limited Liability Company, <br><br> AND DOES 1 through 10, AND EACH OF THEM, INCLUSIVE <br><br> Defendant(s). | Case No.: 07CV 1271 LEW-DAD <br><br> NOTICE OF MOTION FOR ENTRY OF STIPULATED JUDGMENT <br><br> Date: December 14, 2007 <br> Time: 10:00 a.m. <br> Courtroom: TBA <br><br> Case Filed: 6/27/2007 |

TO ALL PARTIES: Please be advised that on December 14, 2007, at 10:00 a.m., or as soon as this matter may be heard, in Dept. TBA of this Court, located at 514 "I" Street, Sacramento, California, 95814, Plaintiff, RENAISSANCE RIBBONS, INC., ("RENAISSANCE RIBBONS") moves this Court for entry of the Stipulated Judgment against defendant HADLEY POLLET, LLC. ("HADLEY POLLET"), as agreed to between the Parties.

Opposition, if any, needs to be in writing and shall be filed and served with the Court and on moving party as well as all parties. A written Opposition needs to be filed no later than fourteen (14) calendar days preceding the motion date, i.e., on or before December 1, 2007.

Notice of Motion for Entry of Stipulated Judgment    1

Any Opposition, shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file an opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions. Failure to timely file a written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

This motion is based on this notice, the accompanying Motion for Entry of Stipulated Judgment, the Declarations of Anna Romano and David Springfield in Support, and any argument and evidence as may be provided at the time of hearing on this motion.

Respectfully submitted.

Date: October 9, 2007

_____
David Springfield, Attorney for Plaintiff
RENAISSANCE RIBBONS, INC.