DAVID SPRINGFIELD// Cal. State Bar #226630
ATTORNEY AT LAW
Post Office Box 660
Oregon House, CA 95962
Tel: (530) 635-3615
Fax: (530) 692-9008

Attorneys for Plaintiff
Renaissance Ribbons, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAISSANCE RIBBONS, Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HADLEY POLLET, LLC., a Massachussetts Limited Liability Company,<br><br>AND DOES 1 through 10, AND EACH OF THEM, INCLUSIVE<br><br>Defendant(s). | Case No.: 07CV 1271 LEW-DAD<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF STIPULATED JUDGMENT<br><br>Date: December 14, 2007<br>Time: 10:00 a.m.<br>Courtroom: TBA<br><br>Case Filed: 6/27/2007 |

Plaintiff, RENAISSANCE RIBBONS, INC., ("RENAISSANCE RIBBONS") moves this Court for entry of the Stipulated Judgment agreed to between the Parties.

Defendant HADLEY POLLET, LLC ("HADLEY POLLET") in its Answer to the Complaint admits that the October 2005 Settlement Agreement (Copy attached to Plaintiff's Complaint) entered into between the Parties, provided for entry of a Stipulated Judgment in case of default by HADLEY POLLET. Defendant cannot deny it defaulted. Defendant HADLEY POLLET has incorrectly and without basis denied, in its answer to the complaint, that it has breached its obligations under the Settlement Agreement and subsequent letter agreements and that it has defaulted on its obligation to pay under the Settlement Agreement.

**Memorandum in Support of**
**Motion for Entry of Stipulated Judgment**         1

The simple truth, a plain matter of contract between the parties, cannot be denied that HADLEY POLLET has failed to make the payments as required by the Settlement Agreement and subsequent letter agreements, has failed to pay the sums due and payable under the Letter Agreement, and currently owes RENAISSANCE RIBBONS a total amount of **$143,894.70**, exclusive of prejudgment interest, costs and reasonable attorneys' fees.

Plaintiff has notified Defendant of its breaches and defaults repeatedly, has given Defendant ample time to cure said defaults and has repeatedly notified Defendant that it would pursue its remedies as provided for in the Settlement Agreement. Defendant, however, has refused and failed to cure the default, and continues to fail to cure the Default. Authority for entry of the Stipulated Judgment is found in the October 2005 Settlement Agreement, wherein said entry is stipulated and agreed to by HADLEY POLLET upon default.

Therefore Entry of Judgment is requested in favor of RENAISSANCE RIBBONS and against HADLEY POLLET in the amount provided in paragraph 4.4 of the Settlement Agreement; said amount being **$143,894.70**, as of the date of filing of the complaint in this action. See, Declaration of Anna Romano, Chief Financial Officer of Renaissance Ribbons, Inc., in Support of Motion for Entry of Stipulated Judgment; See also, Declaration of David Springfield in Support of Motion for Entry of Stipulated Judgment.

In addition, plaintiff demands Costs of Suit ($350.00); Reasonable Attorneys Fees (in excess of $2,000.00) to enforce the terms of the Settlement Agreement and the Letter Agreement; legal interest due on all the various outstanding amounts since filing of the complaint in this action; and any other relief as may be just and proper. Respectfully submitted.

Date: October 10, 2007

_____
David Springfield, Attorney for Plaintiff
RENAISSANCE RIBBONS, INC.