Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Defendant Hadley Pollet, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAISSANCE RIBBONS, INC., a California Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>HADLEY POLLET, LLC, a Massachusetts Limited Liability Company,<br><br>AND DOES 1 through 10, AND EACH OF THEM, INCLUSIVE<br><br>       Defendant(s). | Case No.: 07 CV 1271 LEW-DAD<br><br>ORDER GRANTING MOTION TO WITHDRAW |

   The motion of Business Litigation Associates, P.C. ("BLAPC") to withdraw as counsel of record for defendant Hadley Pollet, LLC was heard by teleconference at 10:00 a.m. in Courtroom 9 of the above entitled court on Friday, December 14, 2007.  Based on the papers filed in support of the motion, the lack of any opposition, the statements of counsel at the hearing, and for good cause shown, IT IS HEREBY ORDERED that the motion of BLAPC to withdraw as counsel of record for defendant Hadley Pollet, LLC is granted effective immediately.  As a matter of record, the contact information for Hadley Pollet, LLC, as provided

(Proposed) Order Granting Motion to Withdraw         1                    07 CV 1271 LEW-DAD

PDF created with pdfFactory trial version www.pdffactory.com

by BLAPC, is:

    Hadley Pollet
    Hadley Pollet LLC
    90 Corey Road, # 3
    Brighton, MA 02135
    (617) 441-2990 (Phone)
    (617) 441-2928 (Fax)

Dated: December 19, 2007    /s/ Ronald S. W. Lew_____
                                        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com