1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAISSANCE RIBBONS, Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HADLEY POLLET, LLC., a Massachussetts Limited Liability Company,<br><br>AND DOES 1 through 10, AND EACH OF THEM, INCLUSIVE<br><br>Defendant(s). | Case No.: 07CV 1271 LEW-DAD<br><br>ORDER ON MOTION FOR ENTRY OF STIPULATED JUDGMENT<br><br><br><br>Case Filed: 6/27/2007 |

The motion of Plaintiff Renaissance Ribbons, Inc. for entry of Stipulated Judgment was submitted for the Court's ruling.

Based on the moving and reply papers, the lack of opposition, Defendant's lack of compliance with prior Court Orders, and for good cause shown, IT IS HEREBY ORDERED that the motion of Renaissance Ribbons, Inc. for entry of Stipulated Judgment be granted effective immediately.

1. Stipulated Judgment is hereby entered in favor of Renaissance Ribbons, Inc., and against Hadley Pollet, LLC in the amount of **$143,894.70** as of June 27, 2007;

2. Prejudgment interest in the amount of _____

3. Costs in the amount of $350.00;

4. Reasonable attorneys' fees in the amount of $2,520.00;

**IT IS SO ORDERED.**

*/s/ Ronald S.W. Lew*

---

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

Dated: February 26, 2008

2