UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAISSANCE RIBBONS, Inc., a California Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>HADLEY POLLET, LLC., a Massachussetts Limited Liability Company,<br><br>AND DOES 1 through 10, AND EACH OF THEM, INCLUSIVE<br><br>          Defendants. | Case No. 07CV 1271 LEW-DAD<br><br>**ORDER VACATING STIPULATED JUDGMENT**<br><br>**ORDER VACATING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER AND TURNOVER ORDER** |

On February 27, 2008 this Court erroneously granted Plaintiff's Motion for Entry of Stipulated Judgment. Review of the record demonstrates that while Plaintiff provided the Court with what purports to be a settlement agreement, agreeing to a stipulated judgment in the event of a breach, Defendants answered the Complaint and denied liability.

1

1  Therefore, a Stipulated Judgment is not the correct
2 mechanism with which to resolve this case at this time.
3 Moreover, Defendants' counsel was removed as counsel of
4 record on December 20, 2007 thus leaving the Company
5 unrepresented.
6  The Court therefore **VACATES the STIPULATED JUDGMENT**
7 as well as Plaintiff's Motion for Assignment of Rights,
8 Restraining Order and Turnover Order.

10 **IT IS SO ORDERED.**

12                    /s/
       _____
14       **HONORABLE RONALD S.W. LEW**
            Senior, U.S. District Court Judge

Dated: April 22, 2008

2