IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAISSANCE RIBBONS, INC., a California Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>HADLEY POLLET, LLC a Massachusetts Limited Liability Company,<br><br>         Defendant.<br>_____/ | No. 2:07-CV-1271-JAM-DAD<br><br><u>ORDER MODIFYING JUDGMENT AND GRANTING LEAVE TO AMEND</u> |

On March 17, 2009, this Court issued a Minute Order dismissing this action with prejudice (the "Order"). Docket at 73. Renaissance Ribbons, Inc. ("Plaintiff") filed a Motion to Alter or Amend the Judgment or for Relief from the Order. Hadley Pollet ("Defendant") did not oppose the Motion. Good cause appearing, Plaintiff's Motion is GRANTED. The Order is hereby modified to read:

> Based on the Joint Status Report filed by the parties (Docket # 72) and the previous Order issued by this Court on December 8, 2008 (Docket # 68), Plaintiff's Complaint is DISMISSED without prejudice because the Court lacks jurisdiction to enforce the settlement agreement. <u>See</u>

1

December 8, 2008 Order (Docket #68) at 5; see also Viejo Bancorp v. Wood, 217 Cal. App. 3d 200, 206 (1989). Additionally, Plaintiff's Proposed First Amended Complaint, attached as an exhibit to the Declaration of David Springfield, Docket at 76, is hereby deemed filed.  Plaintiff shall ensure that its First Amended Complaint is served on Defendant as indicated by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: June 8, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE