1  DAVID SPRINGFIELD// Cal. State Bar #226630
   LAW OFFICES OF DAVID SPRINGFIELD
2  Post Office Box 660
   Oregon House, CA 95962
3  Tel: (530) 635-3615
   Fax: (530) 237-5555
4  email: davids@succeed.net

5  Attorneys for Plaintiff
   Renaissance Ribbons, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10
   RENAISSANCE RIBBONS, Inc., a          )   Case No.: 07CV 1271 JAM-DAD
11 California Corporation,                )
                                          )   JUDGMENT
12                                        )
              Plaintiff,                  )
13                                        )
   v.                                     )
14                                        )
   HADLEY POLLET, LLC., a Massachussetts  )
15 Limited Liability Company, et al.      )
                                          )
16            Defendant(s).               )
                                          )
17

18        A Bench Trial was held and completed on December 13, 2010 before the

19 Honorable District Court Judge John A. Mendez. The President of Renaissance

20 Ribbons, Inc., Ms. Edith Minne, and her counsel, David Springfield were present. Ms.

21 Minne testified. Hadley Pollet, LLC was represented by Geoffrey O. Evers, Esq.

22        The Court, after consideration of all evidence and exhibits submitted finds for

23 Plaintiff Renaissance Ribbons, Inc. and against Defendant Hadley Pollet, LLC.

24        The Court finds that Hadley Pollet, LLC has breached the October 2005

25 Settlement Agreement and has failed to pay as required under the October 2005

26 Settlement Agreement and as modified by subsequent letter agreements between the

27 parties. The Court finds that Plaintiff Renaissance Ribbons, Inc. has fully performed.

28

JUDGMENT                              1

1    Judgment is hereby entered in favor of Renaissance Ribbons, Inc., and against

2  Hadley Pollet, LLC in the amount of **$193,646.25** pursuant to the findings of fact and

3  conclusions of law.

4  **IT IS SO ORDERED.**

5  Dated: December 15, 2010

6

7  John A. Mendez, United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT**                    2